**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CHARLES SEEHAUSEN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> TERRI GONZALEZ, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 11-10786 GW (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 17, 2012

*[signature: George H. Wu]*

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE