**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CHARLES SEEHAUSEN, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>TERRI GONZALEZ, WARDEN, )<br>)<br>Respondent. )<br>) | CASE NO. CV 11-10786 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of SCOTT CHARLES SEEHAUSEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for failure to prosecute.

DATED: June 17, 2012

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE